IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE T. LARD,<br>No. M51867,       )<br>                            )<br>  Plaintiff,       )<br>                            )<br>  vs.                       )     Case No. 15-cv-00917-SMY<br>                            )<br>DARREN L. HARNER, and,     )<br>LT. HARRISON,              )<br>                            )<br>  Defendants.    )| |

**MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

Pursuant to 42 U.S.C. § 1983, Plaintiff Jesse T. Lard, a former Illinois Department of Corrections inmate, brings this action for deprivations of his constitutional rights with respect to an altercation he had with two prison guards at Vienna Correctional Center. Although this action was initiated in the central district of Illinois (while Plaintiff was an inmate), it was recently transferred to this judicial district because the events at issue occurred in, and the defendants are located in the southern district of Illinois.

This case is now before the Court for a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A. The Court is required to dismiss any portion of the complaint that is legally frivolous, malicious, fails to state a claim upon which relief may be granted, or asks for money damages from a defendant who by law is immune from such relief. 28 U.S.C. § 1915A(b).

Plaintiff has utilized a Section 1983 complaint form and merely attached an institutional grievance. The grievance itself is insufficiently clear to be construed as a complaint. It is unclear who did what to whom, and what relief is sought. Also, the complaint form contains a

printed name, not Plaintiff's signature—and the grievance appears to have been drafted and signed by another inmate, not Plaintiff Lard.

**IT IS HEREBY ORDERED** that, for the reasons stated, the complaint is **DISMISSED without prejudice** for failure to state a colorable claim.

**IT IS FURTHER ORDERED** that on or before **October 30, 2015**, Plaintiff shall file an amended complaint.  Failure to file an amended complaint by the prescribed deadline will result in the dismissal of this action with prejudice.

The Clerk of Court is **DIRECTED** to send Plaintiff Lard a copy of this order, a civil rights complaint form, form motion for recruitment of counsel, and the district's instructional handbook for filing a prisoner civil rights action.

Finally, Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk of Court and each opposing party informed of any change in his address; the Court will not independently investigate his whereabouts.  This shall be done in writing and not later than **7 days** after a transfer or other change in address occurs.  Failure to comply with this order will cause a delay in the transmission of court documents and may result in dismissal of this action for want of prosecution.  *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**DATED: September 25, 2015**

s/ STACI M. YANDLE
**United States District Judge**
